United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18188-elf
Shelley Collins                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 1              Date Rcvd: Dec 06, 2017
                              Form ID: 210U             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
```
db              +Shelley Collins,    407 South Cobbs Creek Parkway,    Philadelphia, PA 19143-1017
14023701        +Central Fnl Control,    Po Box 66051,    Anaheim, CA 92816-6051
14023704        +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                  Philadelphia, PA 19106-1538
14023708        +PGW,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2806
14023710         Philadelphia Parking Authority,    9th and Filbert Street,    Philadelphia, PA 19107
14023711        +Slsc/Efs,    Po Box 61047,    Harrisburg, PA 17106-1047
14023712        +Sun Trust,    1001 Semmes Ave Po Box 27172,    Richmond, VA 23224-2245
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:54      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2017 01:35:24
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2017 01:35:42      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14023702        +E-mail/Text: bankruptcynotices@dcicollect.com Dec 07 2017 01:36:02
                  Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                  Jacksonville, FL 32255-1268
14023703        +E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 01:35:09      Internal Revenue Service,
                  600 Arch Street, Room 5200,    Philadelphia, PA 19106-1611
14023707        +E-mail/Text: bankruptcygroup@peco-energy.com Dec 07 2017 01:35:13      PECO,
                  2301 Market Street,    Philadelphia, PA 19103-1380
14023705        +E-mail/Text: blegal@phfa.org Dec 07 2017 01:35:34      Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
14023709        +E-mail/Text: equiles@philapark.org Dec 07 2017 01:36:08      Philadelphia Parking Authority,
                  3101 Market Street,    Philadelphia, PA 19104-2806
14023713        +E-mail/Text: james.feighan@phila.gov Dec 07 2017 01:36:09      Water Revenue Bureau,
                  1401 JFK Blvd,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 9
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14023706*       +Pa Housing Finance Age,    211 N Front St,    Harrisburg, PA 17101-1406
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Shelley  Collins dmo160west@gmail.com,
               davidoffenecf@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Shelley Collins                                              Case No: 17−18188−elf

          Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 12/6/17

For The Court

Timothy B. McGrath
Clerk of Court

7 − 1
Form 210U