United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-18188-elf
Shelley Collins                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer            Page 1 of 1              Date Rcvd: Dec 20, 2017
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db             +Shelley Collins,    407 South Cobbs Creek Parkway,    Philadelphia, PA 19143-1017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Shelley  Collins dmo160west@gmail.com, davidoffenecf@gmail.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
      TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| Shelley Collins | : | No.  17-18188-elf |
| Debtor | | |

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

**ORDERED** that Debtor is given an extension of time until January 3, 2018, by which date all required documents must be filed.

Date: 12/20/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**