## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shelley Collins<br>Debtor(s) | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs.<br>Shelley Collins<br>Debtor(s)<br>Terry P. Dershaw Esq.<br>Trustee | NO. 17-18188 elf<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 10th day of January 2018, upon failure of Debtor(s) and the Trustee to file and answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is granted and the automatic stay of all proceeding, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified with respect to the subject premises located at 407 South 63rd Street a/k/a 407 Cobbs Creek Parkway, Philadelphia, PA 19143 ("Property), so as to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**