United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shelley Collins  
       Debtor

Case No. 17-18188-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 10, 2018  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
db            +Shelley Collins,   407 South Cobbs Creek Parkway,   Philadelphia, PA 19143-1017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Shelley  Collins dmo160west@gmail.com, davidoffenecf@gmail.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com  
         TERRY P. DERSHAW     td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                     TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shelley Collins<br>Debtor(s) | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs.<br>Shelley Collins<br>Debtor(s)<br>Terry P. Dershaw Esq.<br>Trustee | NO. 17-18188 elf<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 10th day of January 2018, upon failure of Debtor(s) and the Trustee to file and answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is granted and the automatic stay of all proceeding, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified with respect to the subject premises located at 407 South 63rd Street a/k/a 407 Cobbs Creek Parkway, Philadelphia, PA 19143 ("Property), so as to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**